**FORM 9A. Notice of Related Case Information**  **Form 9A (p. 1)**
**March 2023**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 23-2147

**Short Case Caption** Bright Data Ltd. v. Code200, UAB

**Filing Party/Entity** Code200, UAB; Teso LT, UAB; metacluster lt, UAB; and Oxysales, UAB

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Bright Data Ltd. v. Code200, UAB, 23-2144 (Fed. Cir.) (appeal from IPR2022-00103 (PTAB))

☐   Additional pages attached

FORM 9A. Notice of Related Case Information                           Form 9A (p. 2)
                                                                         March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

---

Appellant/Patent Owner Bright Data Ltd.

Appellees/Petitioners Code200, UAB; Teso LT, UAB; metacluster lt, UAB; Oxysales, UAB

---

☐    Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

---

Thomas Dunham and Elizabeth A. O'Brien of Ruyakcherian LLP

Mark T. Garrett, Daniel S. Leventhal, and James G. Warriner of Norton Rose Fulbright US LLP

---

☐    Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 07/26/2023                    Signature:  /s/ Stephanie DeBrow

                                    Name:       Stephanie DeBrow