# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 23-2147
**Short Case Caption:** Bright Data Ltd. v. Code200, UAB
**Filing Party/Entity:** Code200, UAB; Teso LT, UAB; metacluster lt, UAB; and Oxysales, UAB

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first-filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| PTAB | IPR2022-00353 | Patent |

Relief sought on appeal: ☒ None/Not Applicable

> Affirmance of the PTAB's determination that claims 1, 2, 6-11, 13, 16, 18-25, 29-34, 36, 39, and 41-46 of U.S. Patent No. 11,044,344 are unpatentable.

Relief awarded below (if damages, specify): ☐ None/Not Applicable

> Determination that claims 1, 2, 6-11, 13, 16, 18-25, 29-34, 36, 39, and 41-46 of U.S. Patent No. 11,044,344 are unpatentable.

Briefly describe the judgment/order appealed from:

> Final Written Decision in IPR2022-00353 holding claims 1, 2, 6-11, 13, 16, 18-25, 29-34, 36, 39, and 41-46 of U.S. Patent No. 11,044,344 unpatentable.

Nature of judgment (select one):            Date of judgment: July 6, 2023

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☐ None/Not Applicable

Bright Data Ltd. v. Code200, UAB, 23-2144

Issues to be raised on appeal: ☐ None/Not Applicable

Whether the PTAB correctly determined that claims 1, 2, 6-11, 13, 16, 18-25, 29-34, 36, 39, and 41-46 of U.S. Patent No. 11,044,344 are unpatentable.

Have there been discussions with other parties relating to settlement of this case?

☒ Yes          ☐ No

If "yes," when were the last such discussions?

   ☐ Before the case was filed
   ☒ During the pendency of the case below
   ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?  ☒ Yes     ☐ No

If they were mediated, by whom?
Judge David Folsom

Do you believe that this case may be amenable to mediation?  ☐ Yes     ☒ No

Explain.
Resolution via mediation is unlikely given the outcome below.

Provide any other information relevant to the inclusion of this case in the court's mediation program.
None.

Date:  07/26/2023            Signature:  /s/*Stephanie DeBrow*
                             Name:       Stephanie DeBrow

- 2 -